# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TEXAS LIFE INSURANCE CO., | ) |
| Plaintiff, | ) No. 4:13-CV-2019 JAR |
| v. | ) |
| NEIL S. PACKMAN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The parties appeared for a conference with the Court. The parties shall file a revised Joint Scheduling Plan within ten (10) days. The Court will issue a Case Management Order based upon the parties' submission.

Dated this 10th day of April, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**